UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURT E. HUMPHRIES, etc., | )<br>) |
| Plaintiff, | ) 2:10-cv-307-GMN-LRL<br>) |
| vs. | )<br>) |
| VARIAN MEDICAL SYSTEMS, | ) O R D E R<br>) |
| Defendant, | ) |

This matter was referred to the undersigned Magistrate Judge on Defendant's Motion For Waiver of Attendance of Insurance Representative at ENE (#20).

The Court having reviewed the Motion (#20) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion For Waiver of Attendance of Insurance Representative at ENE (#20) is **GRANTED**.

DATED this  30th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge